UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, Plaintiff, | 26-CV-8850 (VSB) (RWL) |
| - against - | **ORDER** |
| ALFONSO AMELIO, ET AL., Defendant. | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants filed a notice of removal on October 6, 2026 (Dkt. 1). Nothing on the ECF docket indicates that Plaintiffs served Plaintiff with the notice of removal. Accordingly, Plaintiffs shall serve Plaintiff with the notice of removal and shall file proof of service of same by November 10, 2026.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2026
New York, New York

Copies transmitted this date to all parties of record. The Clerk's Office is respectfully directed to mail a copy of this order to Defendant pro se and note service on the docket:

Alfonso Amelio and Carmine Amelio
37 Main St. #337
Milford, CT 06776