UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

- against -

ALFONSO AMELIO, ET AL.,

Defendant.

--------------------------------------------------------------X

26-CV-8850 (VSB) (RWL)

**AMENDED ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants filed a notice of removal on October 6, 2026 (Dkt. 1). Nothing on the ECF docket indicates that Defendants served Plaintiff with the notice of removal. Accordingly, Defendants shall serve Plaintiff with the notice of removal and shall file proof of service of same by November 10, 2026.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2026
New York, New York

The Clerk's Office is respectfully directed to mail a copy of this order to pro se Defendants and note service on the docket:

Alfonso Amelio and Carmine Amelio
37 Main St. #337
Milford, CT 06776