UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

- against -

ALFONSO AMELIO, ET AL.,

Defendant.

---------------------------------------------------------------X

26-CV-8850 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

More than 30 days have elapsed since the Amelio Defendants filed a notice of removal. (See Dkt. 1.) Plaintiff has not yet appeared. Accordingly, by **December 4, 2026**, Plaintiff shall appear by counsel. The Amelio Defendants shall serve a copy of this order on counsel for Plaintiff and co-Defendants by **November 20, 2026**, and shall file an affidavit of service of same by **November 27, 2026.**

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2026
New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this order to pro se Defendants and note service on the docket:

Alfonso Amelio and Carmine Amelio
37 Main St. #337
Milford, CT 06776